# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| THE GREEN PET SHOP ENTERPRISES, LLC, <br><br> Plaintiff, <br> v. <br><br> COMFORT REVOLUTION, <br><br> Defendant. | CASE NO. 3:20-cv-00018 |

## CONSENT ORDER TO TRANSFER VENUE

THIS MATTER is before the Court on the parties "Stipulation to Transfer Venue." (Doc. No. 9). For the reasons stated in the motion, it is GRANTED.

The parties to this action, acting through counsel, hereby stipulate and agree that this action should be transferred from the Western District of North Carolina to the District of New Jersey, Trenton Division.

1. Plaintiff, Green Pet Shop Enterprises, LLC filed this action in the Western District of North Carolina.

2. The Parties agree that the appropriate venue for this action is the District of New Jersey, Trenton Division.

IT IS SO ORDERED.

Signed: February 26, 2020

_____
Frank D. Whitney
Chief United States District Judge

1

Stipulated as to content and form:

/s/ Timothy C. Bradley
Timothy C. Bradley (NC State Bar No. 41119)
Carlson Gaskey & Olds, P.C.
400 W. Maple, Suite 350
Birmingham, Michigan 48009
(248) 988-8360 (telephone)
(248) 988-8363 (facsimile)
tbradley@cgolaw.com

***Attorneys for Green Pet Shop Enterprises LLC***

/s/ N. Dean Powell, Jr.
N. Dean Powell, Jr. (NC Bar No. 35511)
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7300 (telephone)
(336) 607-7500 (facsimile)
dpowell@kilpatricktownsend.com

***Counsel for Defendant Comfort Revolution, LLC***